| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |
| JAHLIL WHITEFIELD and HASSAN SALLEY RAY,<br><br>          Plaintiffs,<br><br>      v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>          Defendants. | 21-CV-1742 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On May 25, 2021, the City of New York filed a notice of appearance. Dkt. 6. No later than June 2, 2021, the City shall file a letter informing the court whether it has received the required documents under Civil Rule 83.10, formerly known as the Section 1983 Plan. Once the City files its answer to the Complaint, this matter will be referred to mediation, consistent with the Plan.

SO ORDERED.

Dated:    May 28, 2021
             New York, New York

                                                   RONNIE ABRAMS
                                                   United States District Judge