UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHLIL WHITEFIELD & HASSAN
SALLEY RAY,

                Plaintiffs,

v.

CITY OF NEW YORK, ANTHONY
SALINE, and OFFICER JOHN DOES 1-10,

                Defendants.

21-CV-1742 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      No later than December 20, 2021, the parties shall file a joint letter with the Court regarding the status of mediation.

      If mediation was unsuccessful, the joint letter shall propose next steps, including dates for an initial pretrial conference.

SO ORDERED.

Dated:   December 14, 2021
           New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge